UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| IRON MOUNTAIN RECYCLING, LLC | : | CIVIL ACTION NO. 6:12-cv-00983 |
| Plaintiff, | | |
| v. | : | JUDGE DOHERTY |
| SOUTHERN RECYCLING, LLC and EUROPEAN METAL RECYCLING, LTD. | | |
| Defendants. | : | MAGISTRATE JUDGE HILL |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff, IRON MOUNTAIN RECYCLING, LLC, through undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the Complaint in the above captioned matter, without prejudice, as to the defendants, SOUTHERN RECYCLING, LLC and EUROPEAN METAL RECYCLING, LTD.  Defendants have not filed an answer to the complaint and have not filed a motion for summary judgment as to the claims in the Complaint.

Respectfully submitted,

s/ Michael D. Skinner
Michael D. Skinner (Bar # 12118)
SKINNER LAW FIRM, L.L.C.
600 Jefferson Street, Suite 810
Lafayette, Louisiana 70501
P. O. Box 53146
Lafayette, LA 70505

        Telephone: 337.354.3030
        Facsimile:  337.354.3032
        Email:  mike@law.glacoxmail.com

        s/Chris Harris
        Chris Harris (TX Bar # 24005032)
        Meadows & Harris
        2121 West Waco Drive
        Waco, Texas 76707
        Telephone: (254) 235-1920
        Facsimile: (254) 235-1942
        Email: ChrisHarris@CentralTexasLegal.com

        Attorneys for Iron Mountain Recycling, LLC

## C E R T I F I C A T E

I hereby certify that on the 11th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I delivered the same to the defendants, Southern Recycling, LLC, 902 Julia Street, New Orleans, LA 70113 and European Metal Recycling, Ltd., Sirius House Delta Crescent, Westbrook Warrington WA5 7NS, United Kingdom, by depositing said documents in the U.S. Mail, postage prepaid, and to the attorney for the defendants, Mark A. Cunningham, 201 St. Charles Avenue, New Orleans, Louisiana 70170 by depositing said documents in the U.S, Mail, postage prepaid, and by electronic mail to mcunningham@joneswalker.com.

        s/ Michael D. Skinner
        Attorney